Case 2:23-cv-00575-KAM-ARL Document 1-2 Filed 01/26/23 Page 1 of 36 PageID #: 8

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

-------------------------------------------------------------------------X

DAVID J. WEISSBERG M.D.,
DAVID J. WEISSBERG M.D. P.C.
d/b/a LONG ISLAND ORTHOEPDIC SOLUTIONS,

                      Plaintiffs,

       -against-

ALLSTATE INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
ALLSTATE FIRE AND CASUALTY INSURANCE
COMPANY and ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,

                      Defendants.

-------------------------------------------------------------------------X

**Index No.:**
Date Purchased:

**SUMMONS**

TO THE ABOVE-NAMED DEFENDANT(s):

     **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the plaintiff's Attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or otherwise answer, judgment will be taken against you by default for the relief demanded in the complaint. Suffolk County is designated as the place of trial pursuant to CPLR §503.

Dated: Lake Success, New York
      December 21, 2022

                         HARFENIST KRAUT & PERLSTEIN, LLP

            By:       *Steven J. Harfenist*

                  Steven J. Harfenist
                  Jake S. Lader
                  *Attorneys for Plaintiffs*
                  3000 Marcus Avenue, Suite 2E1
                  Lake Success, New York 11042
                  T: (516) 355-9600
                  F: (516) 355-9601
                  E: sharfenist@hkplaw.com

Case 2:23-cv-00575-KAM-ARL Document 1-2 Filed 01/26/23 Page 2 of 36 PageID #: 9

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
--------------------------------------------------------------------------X
DAVID J. WEISSBERG, MD,
DAVID J. WEISSBERG, MD, P.C.
d/b/a LONG ISLAND ORTHOPEDIC SOLUTIONS,

                                Plaintiffs,

          -against-

ALLSTATE INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
ALLSTATE FIRE AND CASUALTY INSURANCE
COMPANY and ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,

                              Defendants.
--------------------------------------------------------------------------X

**Index No.:**

**VERIFIED COMPLAINT**

Plaintiffs, David J. Weissberg, MD ("Dr. Weissberg") and David J. Weissberg, MD, P.C.

d/b/a Long Island Orthopedic Solutions ("Long Island Orthopedic Solutions"), (hereinafter

collectively "Plaintiffs"), by and through their attorneys, Harfenist Kraut & Perlstein LLP, as and

for their complaint against defendants, Allstate Insurance Company, Allstate Indemnity Company,

Allstate Fire and Casualty Insurance Company, and Allstate Property and Casualty Insurance

Company (hereinafter collectively, "Allstate" and/or "Defendants"), alleges the following:

## INTRODUCTION

1. The instant action arises out of a false and defamatory statements made by Allstate

about Dr. Weissberg and Long Island Orthopedic Solutions to hundreds of Plaintiffs' patients and

other individuals.

## THE PARTIES, JURISDICTION AND VENUE

2. David J. Weissberg, MD is a licensed Medical Doctor in the State of New York,

who resides in the County of Suffolk.

1

JL/D413066/FL3422

Case 2:23-cv-00575-KAM-ARL    Document 1-2    Filed 01/26/23    Page 3 of 36 PageID #: 10

3.      David J. Weissberg, MD, P.C. d/b/a Long Island Orthopedic Solutions is a professional service corporation organized and existing under the laws of the State of New York, and maintains a principal place of business in Suffolk County.

4.      Upon information and belief, Allstate Insurance Company, Allstate Insurance Company, Allstate Indemnity Company, Allstate Fire and Casualty Insurance Company, and Allstate Property and Casualty Insurance Company are corporations duly organized and existing under the laws of the State of Illinois and have their principal place of business in Illinois.

5.      Upon information and belief, at all relevant times to the allegations contained in this Complaint, Defendants were each authorized to conduct business in New York.

6.      This Court has jurisdiction over the defendant as he is a resident of the State of New York, more specifically Suffolk County and/or engaged in purposeful activities within the State of New York.

7.      Venue is proper in Suffolk County under CPLR 503(a) as Long Island Orthopedic Solutions maintains a principal place of business in Suffolk County and Dr. Weissberg is a resident of Suffolk County.

## STATEMENT OF RELEVANT FACTS

**A.      Background**

8.      Dr. Weissberg is a medical doctor who is licensed to practice medicine in New York. Dr. Weissberg is an Orthopedic Surgeon.

9.      Long Island Orthopedic Solutions maintains offices located in Huntington, New York, Melville, New York and West Islip, New York.

10.      Dr. Weissberg treats patients at those office locations.

2

JL/D413066/FL3422

Case 2:23-cv-00575-KAM-ARL    Document 1-2    Filed 01/26/23    Page 4 of 36 PageID #: 11

11.     Long Island Orthopedic Solutions employs several Physician's Assistants who treat patients at its main office locations.

12.     The Physician's Assistants also treat patients on behalf of Long Island Orthopedic Solutions at additional locations where Dr. Weissberg sub-leases office space in medical offices.

13.     Dr. Weissberg has entered into Lease Agreements with numerous chiropractic, physical therapy clinics and other healthcare providers.

14.     Pursuant to these Lease Agreements, Dr. Weissberg rents office space from these healthcare providers. The Lease Agreements are for different values based on the size of the space rented and the location.

15.     All payments for the rent made pursuant to the Lease Agreements are for the fair market value of the office space.

16.     Dr. Weissberg and other medical professionals that are employed by Long Island Orthopedic Solutions perform medical treatment that is covered New York's Comprehensive Motor Vehicle Insurance Reparations Act.

16.     Under New York's Comprehensive Motor Vehicle Insurance Reparations Act (N.Y. Ins. Law §§ 5101, et seq.) and the regulations promulgated pursuant thereto (11 N.Y.C.R.R. §§ 65, et seq.), automobile insurers are required to provide Personal Injury Protection Benefits ("No-Fault Benefits") to individuals who are insured.

17.     In New York, an insured individual can assign his or her right to No-Fault Benefits to the providers of healthcare goods and services in exchange for those goods and services.

18.     Pursuant to a duly executed assignment, a healthcare provider may submit claims directly to an insurance company and receive payment for medically necessary services.

3

JL/D413066/FL3422

Case 2:23-cv-00575-KAM-ARL    Document 1-2    Filed 01/26/23    Page 5 of 36 PageID #: 12

19. After Plaintiffs provide necessary medical treatment to patients and the patient assigns their No-Fault Benefits to Plaintiffs, Plaintiffs send requests for reimbursement to the patient's insurance company.

20. As such, when a patient is insured by Allstate, Plaintiffs send these requests for reimbursement directly to Allstate.

21. However, in September 2022, Allstate issued denials of many of these requests, alleging that Plaintiffs violated New York Public Health Law Sections 238-a and 238-d.

22. Under Public Health Law §238-a(1)(a),

> "[a] practitioner authorized to order clinical laboratory services, pharmacy services, radiation therapy services, physical therapy services or x-ray or imaging services may not make a referral for such services to a health care provider authorized to provide such services where such practitioner or immediate family member of such practitioner has a financial relationship with such health care provider."

23. Under Public Health Law §238-a(5)(a),

> "[f]or the purposes of this section, a compensation arrangement means any arrangement involving any remuneration between a practitioner, or immediate family member, and a health care provider. The term remuneration includes any remuneration, directly or indirectly, overtly or covertly, in cash or in kind."

24. Under Public Health Law §238-a(5)(b)(i),

> "[f]or the purposes of this section a compensation arrangement shall not include: payments made for the rental or lease of office space, if (A) there is a written agreement, signed by the parties, for the rental or lease of the space, which agreement specifies the space covered by the agreement and dedicated for the use of the lessee, provides for a term of rental or lease of at least one year, provides for a payment on a periodic basis of an amount that is consistent with fair market value, provides for an amount of aggregate payments that does not vary, directly or indirectly, based on the volume or value of any referrals of business between the parties, and would be considered to be commercially reasonable even if no referrals were made between the parties."

4

JL/D413066/FL3422

Case 2:23-cv-00575-KAM-ARL   Document 1-2   Filed 01/26/23   Page 6 of 36 PageID #: 13

25. Under Public Health Law §238-d(1),

> "[w]ith respect to referrals not prohibited pursuant to this title, and except as provided in subdivision three of this section, a practitioner may not make a referral to a health care provider for the furnishing of any health or health related items or services where such practitioner or immediate family member of such practitioner has any of the following financial relationships without disclosing to the patient such financial relationship:
>
> (a) an ownership or investment interest…with such health care provider; or
> (b) a compensation arrangement…with such health care provider which is in excess of fair market value or which provides for compensation that varies directly or indirectly based on the volume or value of any referrals of business between the parties."

26. Contrary to the allegations made by Allstate, Dr. Weissberg and Long Island Orthopedic Solutions have never violated New York Public Health Law Section §§ 238-a and 238-d and have always complied with the rules and regulations set forth in the New York Public Health Law.

27. Any and all payments made by Plaintiffs with respect to the Lease Agreements are made in accordance with Public Health Law §238-a(5)(b)(i).

28. Plaintiffs also provide disclosures to all patients any time a patient is referred to a health care related service that Dr. Weissberg has an ownership interest in or a compensation arrangement with, in accordance with Public Health Law §238-d.

**B.     The Defamatory Statements**

29. On September 12, 2022, in response to Plaintiffs' request for reimbursement for the medical treatments they provided, Allstate sent denial letters to Dr. Weissberg, as well as the patients he treated, and many of the patients' attorneys.

JL/D413066/FL3422

Case 2:23-cv-00575-KAM-ARL Document 1-2 Filed 01/26/23 Page 7 of 36 PageID #: 14

30.     Enclosed with the letter, Allstate sent a "Explanation of Medical Bill Payment" which purportedly explained why it determined to deny payment to Dr. Weissberg and Long Island Orthopedic Solutions.

31.     In this explanation, which was sent to numerous patients and attorneys, Allstate stated "[t]his claim is denied because the applicant engaged in improper referral arrangements in violation of New York Public Health Law Sections 238-a and 238-d." Copies of several of these notices are attached hereto as **Exhibit A**.

32.     Defendants accused Dr. Weissberg and Long Island Orthopedic Solutions of violating New York Public Health Law to hundreds of third parties.

33.     Plaintiffs have never violated the New York Public Health Law Section §§ 238-a and 238-d.

### AS AND FOR A FIRST CAUSE OF ACTION
#### (Defamation)

34.     Plaintiff repeats and re-alleges the foregoing paragraphs as if more fully set forth at length herein.

35.     Allstate sent out notices to hundreds of patients and attorneys, in which it made the defamatory statements about Dr. Weissberg and Long Island Orthopedic Solutions.

36.     Allstate's statement was published on claims notices. See, **Exhibit A**.

37.     Allstate's statements are false, incorrect, improper and defamatory.

38.     These statements specifically refer to Dr. Weissberg and Long Island Orthopedic Solutions.

39.     The statements, which disparage Dr. Weissberg and Long Island Orthopedic Solutions, are defamatory *per se*.

6

JL/D413066/FL3422

Case 2:23-cv-00575-KAM-ARL    Document 1-2    Filed 01/26/23    Page 8 of 36 PageID #: 15

40.     The statements were published, via the denial letters, to persons other than Dr. Weissberg and Long Island Orthopedic Solutions.

41.     None of these statements are a protected opinion and constitute defamation *per se*.

42.     The allegations in Allstate's statements are false.

43.     Dr. Weissberg and Long Island Orthopedic Solutions have never violated Public Health Law 238-a and 238-d.

44.     Based on the foregoing Allstate's statement "[t]his claim is denied because the applicant engaged in improper referral arrangements in violation of New York Public Health Law Sections 238-a and 238-d" is false.

45.     Allstate acted with malice in writing and publishing the statement.

46.     Plaintiffs' patients, the patients' attorneys and other medical professionals have seen Allstate's statements.

47.     The reputation of Dr. Weissberg and Long Island Orthopedic Solutions have been damaged as a result of Allstate's statement.

48.     As a result of the foregoing, Allstate is liable to Plaintiffs for compensatory and/or punitive damages in an amount to be determined at trial, but not less than Ten Million dollars ($10,000,000).

7

JL/D413066/FL3422

Case 2:23-cv-00575-KAM-ARL    Document 1-2    Filed 01/26/23    Page 9 of 36 PageID #: 16

**WHEREFORE**, the Plaintiffs demand judgment as follows:

a.   On the first cause of action, for defamation, in an amount to be determined at trial, but no less than Ten Million dollars ($10,000,000);

b.   The costs and disbursements of this action; and

c.   Such other and further relief as may be deemed just, proper and equitable.

Dated: Lake Success, New York
        December 21, 2022

HARFENIST KRAUT & PERLSTEIN, LLP

By:   *Steven J. Harfenist*

Steven J. Harfenist
Jake S. Lader
*Attorneys for Plaintiff*
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
T: (516) 355-9600
F: (516) 355-9601
E: sharfenist@hkplaw.com

8

JL/D413066/FL3422

Case 2:23-cv-00575-KAM-ARL   Document 1-2   Filed 01/26/23   Page 10 of 36 PageID #: 17

# VERIFICATION

STATE OF NEW YORK          )
                           )ss:
COUNTY OF NASSAU           )

DAVID J. WEISSBERG, M.D., being duly sworn, deposes and says:

I am the Plaintiff in the within action, I have read the annexed Verified Complaint, know the contents thereof, and the same is true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters, I believe them to be true.

_____
DAVID J. WEISSBERG, M.D.

Sworn to before me this
21st day of December, 2022.

_____
Notary Public

**Andrew C. Lang**
Notary Public, State of New York
No. 02LA5074060
Qualified in Nassau County
Commission Expires March 10, 20 23

VERIFICATION

FILED: SUFFOLK COUNTY CLERK 12/22/2022 02:58 PM
NYSCEF DOC. NO. 2
INDEX NO. 208600/2022
RECEIVED NYSCEF: 12/22/2022

# Exhibit A

*ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY*

*PO BOX 2874*
*CLINTON IA 52733-2874*


**Allstate.**
You're in good hands.

DAVID WEISSBERG
379 OAKWOOD RD STE C
HUNTINGTON STATION NY  11746-7203

09/12/2022

OFFICE PHONE: 516-357-0451
OFFICE HOURS: MONDAY-FRIDAY 8:00-5:30

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY
RE: Claim Number:      0563522309
    Policyholder:      ███████████████
    Date of Loss:      10/06/2019
    Patient:           ███████████████

I recently received your request for reimbursement for treatment following the accident that occurred on the date shown above.

I have reviewed the bill to make sure it is payable according to the provisions of the policy under which the claim was made and applicable regulatory requirements. Based on a review of the information submitted, I am unable to make payment at this time. I have enclosed an Explanation of Benefits outlining the reasons for non-payment.

If you have any questions or concerns about this matter, please contact me at (516) 357-0451.

*Oren Kutnowsky*
Oren Kutnowsky
Allstate Property Casualty Claim Service Organization

MCM


220912000459R0317 0001571
0001 0616

Case 2:23-cv-00575-KAM-ARL    Document 1-2    Filed 01/26/23    Page 13 of 36 PageID #: 20

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

PO BOX 2874
CLINTON IA 52733-2874

 **Allstate.**
You're in good hands.

## EXPLANATION OF MEDICAL BILL PAYMENT

Service Provided For:

| | |
|---|---|
| Date: | 09/12/2022 |
| Bill Received Date: | 01/25/2021 |
| Claim #: | 0563522309-01 |
| File Handler: | SOK |
| Invoice #: | 000 |
| Injured Person: | |
| Treatment Rendered By: | DAVID WEISSBERG |
| Provider Specialty: | |
| TIN: | |
| NPI: | |
| CMS ID: | |

**Diagnosis Codes/Present on Admission Indicator**
S43.432A    Superior glenoid labrum lesion of le

| Date Of Service(s) From | Thru | Procedure/Revenue/NDC Code/Modifier | Description | Units | Billed Amount | Covered Amount | Reason Code(s) |
|---|---|---|---|---|---|---|---|
| 01/05/21 | 01/05/21 | 99213 | Office or other outpatie | 1.00 | $ 87.80 | $ 0.00 | X999 |
| Total: | | | | | $ 87.80 | $ 0.00 | |

Eligible Amount Based on 100% of Covered Amount    $    0.00

**Reason Code(s):**
 X999 See Detailed Explanation

**Additional Information:**
This claim is denied because the applicant engaged in improper referral arrangements in violation of New York Public Health Law Sections 238-a and 238-d

If you have any questions about this claim, please contact your file handler,
OREN KUTNOWSKY at (516) 357-0451

Copy(s) of this Explanation of Benefits has been sent to:
GRUENBERG & KELLY, 700 KOEHLER AVE RONKONKOMA, NY, 11779-7432

DAVID WEISSBERG, 379 OAKWOOD RD STE C HUNTINGTON STATION, NY, 11746-7203

**\*\*\* FRAUD PREVENTION - NEW YORK WARNING \*\*\***
ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.



220912000459R0317 0901572
0002 0616

## NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
## DENIAL OF CLAIM FORM

**TO INSURER:** Complete this form, including item 33. Send two copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

| Name, Address and NAIC Number of Insurer or Name and Address of Self-Insurer | |
|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY<br><br>PO Box 2874<br>Clinton IA 52733<br>NAIC NUMBER: 29688 | For American Arbitration Association use |

| A. POLICYHOLDER | B. POLICY NUMBER | C. DATE OF ACCIDENT | D. INJURED PERSON |
|---|---|---|---|
| ▮ | ▮ | 10/06/19 | ▮ |

| E. CLAIM NUMBER | F. APPLICANT FOR BENEFITS (Name and Address) | G. AS ASSIGNEE |
|---|---|---|
| 0563522309 SOK | DAVID WEISSBERG<br>379 OAKWOOD RD STE C<br>HUNTINGTON STATION NY 11746-7203 | Yes [X]<br>No [ ] |

**TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL**

YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:

[ ] 1. Your entire claim is denied as follows:

[X] 2. A portion of your claim is denied as follows:

| | | | | | |
|---|---|---|---|---|---|
| [ ] A. Loss of Earnings | $ _____ | | [ ] D. Interest | $ _____ |
| [X] B. Health Service Benefits | $ 87.80 | | [ ] E. Attorney's Fee | $ _____ |
| [ ] C. Other Necessary Expenses | $ _____ | | [ ] F. Death Benefit | $ _____ |

**REASON(S) FOR DENIAL OF CLAIM (Check reasons and explain below in item 33)**
**POLICY ISSUES**

[ ] 3. Policy not in force on date of accident

[ ] 4. Injured person excluded under policy conditions or exclusion

[ ] 5. Policy conditions violated
    [ ] a. No reasonable justification given for late notice of claim
    [ ] b. Reasonable justification not established.
    You may qualify for expedited arbitration.
    See page 2 of this form for instructions.

[ ] 6. Injured person is not an "Eligible Injured Person"

[ ] 7. Injuries did not arise out of use or operation of a motor vehicle

[ ] 8. Claim not within the scope of your election under Optional Basic Economic Loss coverage

**LOSS OF EARNINGS BENEFITS DENIED**

[ ] 9. Period of disability contested: period in dispute
    From _____ Through _____

[ ] 10. Claimed loss not proven

[ ] 11. Exaggerated earnings claim of $ _____ per month denied

[ ] 12. Statutory offset taken.

[ ] 13. Other, explained below

**OTHER REASONABLE AND NECESSARY EXPENSES DENIED**

[ ] 14. Amount of claim exceeds daily limit of coverage

[ ] 15. Unreasonable or unnecessary expenses

[ ] 16. Incurred after one year from date of accident

[ ] 17. Other, explained below:

**HEALTH SERVICE BENEFITS DENIED**

[ ] 18. Fees not in accordance with fee schedules

[ ] 19. Excessive treatment, service or hospitalization
    From _____ Through _____

[ ] 20. Treatment not related to accident

[ ] 21. Unnecessary treatment, service or hospitalization
    From _____ Through _____

[X] 22. Other, explained below:

**COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED**

| 23. Provider of Health Service (Name, Address and Zip Code)<br><br>DAVID WEISSBERG<br><br>379 OAKWOOD RD STE C<br>HUNTINGTON STATION NY 11746-7203 | 25. Period of bill - treatment dates<br>01/05/21 - 01/05/21 | 29. Date final verification received<br>NONE RECEIVED |
|---|---|---|
| | 26. Date of bill<br>01/10/21 | 30. Amount of bill<br>$ 87.80 |
| | 27. Date bill received by insurer<br>01/25/21 | 31. Amount paid by insurer<br>$ 0.00 |
| 24. Type of service rendered | 28. Date final verification requested<br>2021-03-24 | 32. Amount in dispute<br>$ 87.80 |

33. State reason for denial, fully and explicitly (attach extra sheets if needed): See attached Explanation of Benefits.

| 09/12/22 | Oren Kutnowsky | 516-357-0451 |
|---|---|---|
| Date | Name and Title of Representative of Insurer | Telephone Number & Ext. |

Name and address of Insurer claim processor (Third Party Administrator), if applicable: _____

Telephone Number & Ext.

## DENIAL OF CLAIM FORM - PAGE THREE

**3. You may bring a lawsuit to recover the amount of benefits you claim to be entitled to.**

THE UNDERSIGNED AFFIRMS AND CERTIFIES AS TRUE UNDER THE PENALTY OF PERJURY THAT THIS FILING IS BEING MADE IN GOOD FAITH AND THAT UPON INFORMATION, BELIEF AND REASONABLE INQUIRY THE DOCUMENTS BEING SUBMITTED HEREWITH ARE NOT FRAUDULENT AND THAT EXACT COPIES OF ALL DOCUMENTS PROVIDED HEREWITH HAVE BEEN MAILED TO THE INSURER AGAINST WHOM THE ARBITRATION IS BEING REQUESTED. UNLESS DISCLOSED WITH THIS SUBMISSION, THE DISPUTED AMOUNTS REMAIN UNPAID TO THE APPLICANT BY ANY PAYOR AND THERE HAS BEEN NO OTHER FILING OF AN ARBITRATION REQUEST OR LAWSUIT TO RESOLVE THE DISPUTED MATTERS CONTAINED IN THIS SUBMISSION.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN A CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION

| ARBITRATION REQUESTED BY: | NAME OF LAW FIRM, IF ANY |
|---|---|
| LAST NAME          FIRST NAME | |
| TELEPHONE NUMBER: | |
| FAX NUMBER: | |
| E-MAIL ADDRESS: | ADDRESS |
| SIGNATURE | ARE YOU AN ATTORNEY?  ☐ YES  ☐ NO     DATE |

### IMPORTANT NOTICE TO APPLICANT

If box number 3 ("Policy not in force on date of accident") on the front of this form is checked as a reason for this denial, you may be entitled to No-Fault benefits from the Motor Vehicle Accident Indemnification Corporation (M.V.A.I.C.) (646-205-7800) located at 100 William Street, New York, New York 10038. The Insurance Law requires that you must file an Affidavit of Intention to Make Claim with M.V.A.I.C. Therefore, it is in your best interest to contact the M.V.A.I.C. immediately and file such an affidavit, even if you intend to contest this denial.



220912000459R0317 0001574
0004 0616

**FILED: SUFFOLK COUNTY CLERK 12/22/2022 02:58 PM**
INDEX NO. 208600/2022

NYSCEF DOC. NO. 2

Case 2:23-cv-00575-KAM-ARL    Document 1-2    Filed 01/26/23    Page 16 of 36 PageID
\#: 23

RECEIVED NYSCEF: 12/22/2022

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

PO BOX 2874
CLINTON IA 52733-2874

 **Allstate.**
You're in good hands.

## EXPLANATION OF MEDICAL BILL PAYMENT

**Service Provided For:**

**Date:** 09/12/2022
**Bill Received Date:** 01/25/2021
**Claim #:** 0563522309-01
**File Handler:** SOK
**Invoice #:** 000
**Injured Person:**
**Treatment Rendered By:** DAVID WEISSBERG
**Provider Specialty:**
**TIN:**
**NPI:**
**CMS ID:**

---

Diagnosis Codes/Present on Admission Indicator
S43.432A   Superior glenoid labrum lesion of le

| Date Of Service(s) From | Thru | Procedure/Revenue/NDC Code/Modifier | Description | Units | Billed Amount | Covered Amount | Reason Code(s) |
|---|---|---|---|---|---|---|---|
| 01/05/21 | 01/05/21 | 99213 | Office or other outpatie | 1.00 | $ 87.80 | $ 0.00 | X999 |
| Total: | | | | | $ 87.80 | $ 0.00 | |

Eligible Amount Based on 100% of Covered Amount   $     0.00

**Reason Code(s):**
 X999 See Detailed Explanation

**Additional Information:**
This claim is denied because the applicant engaged in improper referral arrangements in violation
of New York Public Health Law Sections 238-a and 238-d

If you have any questions about this claim, please contact your file handler,
OREN KUTNOWSKY at (516) 357-0451

**Copy(s) of this Explanation of Benefits has been sent to:**
GRUENBERG & KELLY, 700 KOEHLER AVE RONKONKOMA, NY, 11779-7432

DAVID WEISSBERG, 379 OAKWOOD RD STE C HUNTINGTON STATION, NY, 11746-7203

**\*\*\* FRAUD PREVENTION - NEW YORK WARNING \*\*\***
ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES
AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL
INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF
MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION
WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR
CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF
ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE
COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A
CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR
STATED CLAIM FOR EACH VIOLATION.



2209120000459R0317 0001575
0005 0616

# NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
## DENIAL OF CLAIM FORM

TO INSURER: Complete this form, including item 33. Send two copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

| Name, Address and NAIC Number of Insurer or Name and Address of Self-Insurer | For American Arbitration Association use |
|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY<br><br>PO Box 2874<br>Clinton IA 52733<br>NAIC NUMBER: 29688 | |

| A. POLICYHOLDER | B. POLICY NUMBER | C. DATE OF ACCIDENT | D. INJURED PERSON |
|---|---|---|---|
| ███████████ | ████████ | 10/06/19 | ███████████████ |

| E. CLAIM NUMBER | F. APPLICANT FOR BENEFITS (Name and Address) | G. AS ASSIGNEE |
|---|---|---|
| 0563522309 SOK | DAVID WEISSBERG<br>379 OAKWOOD RD STE C<br>HUNTINGTON STATION NY 11746-7203 | Yes [X]<br><br>No [ ] |

**TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL**

YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:

[ ] 1. Your entire claim is denied as follows:
[X] 2. A portion of your claim is denied as follows:

| | | | | | |
|---|---|---|---|---|---|
| [ ] A. Loss of Earnings | $ _____ | | [ ] D. Interest | $ _____ |
| [X] B. Health Service Benefits | $ 87.80 | | [ ] E. Attorney's Fee | $ _____ |
| [ ] C. Other Necessary Expenses | $ _____ | | [ ] F. Death Benefit | $ _____ |

## REASON(S) FOR DENIAL OF CLAIM (Check reasons and explain below in Item 33)
### POLICY ISSUES

[ ] 3. Policy not in force on date of accident
[ ] 4. Injured person excluded under policy conditions or exclusion
[ ] 5. Policy conditions violated
[ ] a. No reasonable justification given for late notice of claim
[ ] b. Reasonable justification not established.
You may qualify for expedited arbitration. See page 2 of this form for instructions.

[ ] 6. Injured person is not an "Eligible Injured Person"
[ ] 7. Injuries did not arise out of use or operation of a motor vehicle
[ ] 8. Claim not within the scope of your election under Optional Basic Economic Loss coverage

### LOSS OF EARNINGS BENEFITS DENIED

[ ] 9. Period of disability contested: period in dispute
From _____ Through _____

[ ] 10. Claimed loss not proven

[ ] 11. Exaggerated earnings claim of $ _____ per month denied
[ ] 12. Statutory offset taken.
[ ] 13. Other, explained below

### OTHER REASONABLE AND NECESSARY EXPENSES DENIED

[ ] 14. Amount of claim exceeds daily limit of coverage
[ ] 15. Unreasonable or unnecessary expenses

[ ] 16. Incurred after one year from date of accident
[ ] 17. Other, explained below:

### HEALTH SERVICE BENEFITS DENIED

[ ] 18. Fees not in accordance with fee schedules
[ ] 19. Excessive treatment, service or hospitalization
From _____ Through _____

[ ] 20. Treatment not related to accident
[ ] 21. Unnecessary treatment, service or hospitalization
From _____ Through _____
[X] 22. Other, explained below:

## COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED

| 23. Provider of Health Service (Name, Address and Zip Code)<br><br>DAVID WEISSBERG<br><br>379 OAKWOOD RD STE C<br>HUNTINGTON STATION NY 11746-7203 | 25. Period of bill - treatment dates<br>01/05/21 - 01/05/21 | 29. Date final verification received<br>NONE RECEIVED |
|---|---|---|
| | 26. Date of bill<br>01/10/21 | 30. Amount of bill<br>$ 87.80 |
| | 27. Date bill received by Insurer<br>01/25/21 | 31. Amount paid by Insurer<br>$ 0.00 |
| 24. Type of service rendered | 28. Date final verification requested<br>2021-03-24 | 32. Amount in dispute<br>$ 87.80 |

33. State reason for denial, fully and explicitly (attach extra sheets if needed): See attached Explanation of Benefits.

| 09/12/22 | Oren Kutnowsky | 516-357-0451 |
|---|---|---|
| Date | Name and Title of Representative of Insurer | Telephone Number & Ext. |

Name and address of Insurer claim processor (Third Party Administrator), if applicable: _____ Telephone Number & Ext.

Case 2:23-cv-00575-KAM-ARL Document 1-2 Filed 01/26/23 Page 18 of 36 PageID #: 25

## DENIAL OF CLAIM FORM - PAGE THREE

3. **You may bring a lawsuit to recover the amount of benefits you claim to be entitled to.**

THE UNDERSIGNED AFFIRMS AND CERTIFIES AS TRUE UNDER THE PENALTY OF PERJURY THAT THIS FILING IS BEING MADE IN GOOD FAITH AND THAT UPON INFORMATION, BELIEF AND REASONABLE INQUIRY THE DOCUMENTS BEING SUBMITTED HEREWITH ARE NOT FRAUDLENT AND THAT EXACT COPIES OF ALL DOCUMENTS PROVIDED HEREWITH HAVE BEEN MAILED TO THE INSURER AGAINST WHOM THE ARBITRATION IS BEING REQUESTED. UNLESS DISCLOSED WITH THIS SUBMISSION, THE DISPUTED AMOUNTS REMAIN UNPAID TO THE APPLICANT BY ANY PAYOR AND THERE HAS BEEN NO OTHER FILING OF AN ARBITRATION REQUEST OR LAWSUIT TO RESOLVE THE DISPUTED MATTERS CONTAINED IN THIS SUBMISSION.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN A CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION

| ARBITRATION REQUESTED BY: | NAME OF LAW FIRM, IF ANY |
|---|---|
| LAST NAME        FIRST NAME | |
| TELEPHONE NUMBER: | |
| FAX NUMBER: | |
| E-MAIL ADDRESS: | ADDRESS |
| SIGNATURE | ARE YOU AN ATTORNEY?  ☐ YES   ☐ NO  |  DATE |

## IMPORTANT NOTICE TO APPLICANT

If box number 3 ("Policy not in force on date of accident") on the front of this form is checked as a reason for this denial, you may be entitled to No-Fault benefits from the Motor Vehicle Accident Indemnification Corporation (M.V.A.I.C.) (646-205-7800) located at 100 William Street, New York, New York 10038. The Insurance Law requires that you must file an Affidavit of Intention to Make Claim with M.V.A.I.C. Therefore, it is in your best interest to contact the M.V.A.I.C. immediately and file such an affidavit, even if you intend to contest this denial.

NYS FORM NF-10 (Rev 5/2021)
Page 3 of 3

220912000459R0317 0001577
0007 0616

*ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY*

*PO BOX 2874*
*CLINTON IA  52733-2874*

 **Allstate.**
You're in good hands.

DAVID WEISSBERG
379 OAKWOOD RD STE C
HUNTINGTON STATION NY  11746-7203

09/12/2022                                    OFFICE PHONE: 516-357-0476
                                              OFFICE HOURS: MONDAY-FRIDAY 8:00-5:30

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY
RE: Claim Number:      0566861787
    Policyholder:      ███████████████
    Date of Loss:      11/02/2019
    Patient:           ███████████████

I recently received your request for reimbursement for treatment following the accident that occurred on the date shown above.

I have reviewed the bill to make sure it is payable according to the provisions of the policy under which the claim was made and applicable regulatory requirements. Based on a review of the information submitted, I am unable to make payment at this time. I have enclosed an Explanation of Benefits outlining the reasons for non-payment.

If you have any questions or concerns about this matter, please contact me at (516) 357-0476.

*Cynthia W. Wilcox*
Cynthia W. Wilcox
Allstate Property Casualty Claim Service Organization

MCM



2209I2000459R0317 0001578
0008 0616

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

PO BOX 2874
CLINTON IA 52733-2874

 **Allstate.**
You're in good hands.

**EXPLANATION OF MEDICAL BILL PAYMENT**

**Service Provided For:**

██████████████████████████████

Date: 09/12/2022
Bill Received Date: 09/27/2021
Claim #: 0566861787-01
File Handler: SCW
Invoice #: 0000050251
Injured Person: ██████████████
Treatment Rendered By: DAVID WEISSBERG
Provider Specialty:
TIN: ████████████
NPI: ████████████
CMS ID:

**Diagnosis Codes/Present on Admission Indicator**
M24.811    Other specific joint derangements of    M24.111    Other articular cartilage disorders,
M25.411    Effusion, right shoulder

| Date Of Service(s) From | Thru | Procedure/Revenue/NDC Code/Modifier | Description | Units | Billed Amount | Covered Amount | Reason Code(s) |
|---|---|---|---|---|---|---|---|
| 09/21/21 | 09/21/21 | 73221 | Magnetic resonance (eg, | 1.00 | $ 966.59 | $ 0.00 | X999 |
| Total: | | | | | $ 966.59 | $ 0.00 | |

Eligible Amount Based on 100% of Covered Amount    $    0.00

Deductible applied to date $    200.00 from deductible limit of $    200.00

**Reason Code(s):**
X999 See Detailed Explanation

**Additional Information:**
This claim is denied because the applicant engaged in improper referral arrangements in violation of New York Public Health Law Sections 238-a and 238-d.

If you have any questions about this claim, please contact your file handler, CYNTHIA W. WILCOX at (516) 357-0476

**Copy(s) of this Explanation of Benefits has been sent to:**
CANNON and ACOSTA LAW OFFICE, 1923 NEW YORK AVE HUNTINGTON STATION, NY, 11746-2908

DAVID WEISSBERG, 379 OAKWOOD RD STE C HUNTINGTON STATION, NY, 11746-7203

**\*\*\* FRAUD PREVENTION - NEW YORK WARNING \*\*\***
ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.



220912000459R0317 0001579
0009 0616

Case 2:23-cv-00575-KAM-ARL Document 1-2 Filed 01/26/23 Page 21 of 36 PageID #: 28

# NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
## DENIAL OF CLAIM FORM

**TO INSURER:** Complete this form, including item 33. Send two copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

Name, Address and NAIC Number of Insurer or Name and Address of Self-Insurer

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

PO Box 2874
Clinton IA 52733
NAIC NUMBER: 29688

| A. POLICYHOLDER | B. POLICY NUMBER | C. DATE OF ACCIDENT | D. INJURED PERSON |
|---|---|---|---|
| ██████ | ██████ | 11/02/19 | ██████ |

For American Arbitration Association use

| E. CLAIM NUMBER | F. APPLICANT FOR BENEFITS (Name and Address) | G. AS ASSIGNEE |
|---|---|---|
| 0566861787 SCW | DAVID WEISSBERG<br>379 OAKWOOD RD STE C<br>HUNTINGTON STATION NY 11746-7203 | Yes [X]<br>No [ ] |

**TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL**

YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:

[ ] 1. Your entire claim is denied as follows:

[X] 2. A portion of your claim is denied as follows:

[ ] A. Loss of Earnings $ _____
[X] B. Health Service Benefits $ 966.59
[ ] C. Other Necessary Expenses $ _____
[ ] D. Interest $ _____
[ ] E. Attorney's Fee $ _____
[ ] F. Death Benefit $ _____

### REASON(S) FOR DENIAL OF CLAIM (Check reasons and explain below in item 33)

**POLICY ISSUES**

[ ] 3. Policy not in force on date of accident
[ ] 4. Injured person excluded under policy conditions or exclusion
[ ] 5. Policy conditions violated
[ ] a. No reasonable justification given for late notice of claim
[ ] b. Reasonable justification not established.
**You may qualify for expedited arbitration.** See page 2 of this form for instructions.

[ ] 6. Injured person is not an "Eligible Injured Person"
[ ] 7. Injuries did not arise out of use or operation of a motor vehicle
[ ] 8. Claim not within the scope of your election under Optional Basic Economic Loss coverage

**LOSS OF EARNINGS BENEFITS DENIED**

[ ] 9. Period of disability contested: period in dispute
From _____ Through _____

[ ] 10. Claimed loss not proven

[ ] 11. Exaggerated earnings claim of $ _____ per month denied
[ ] 12. Statutory offset taken.
[ ] 13. Other, explained below

**OTHER REASONABLE AND NECESSARY EXPENSES DENIED**

[ ] 14. Amount of claim exceeds daily limit of coverage
[ ] 15. Unreasonable or unnecessary expenses
[ ] 16. Incurred after one year from date of accident
[ ] 17. Other, explained below:

**HEALTH SERVICE BENEFITS DENIED**

[ ] 18. Fees not in accordance with fee schedules
[ ] 19. Excessive treatment, service or hospitalization
From _____ Through _____
[ ] 20. Treatment not related to accident
[ ] 21. Unnecessary treatment, service or hospitalization
From _____ Through _____
[X] 22. Other, explained below:

### COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED

| 23. Provider of Health Service (Name, Address and Zip Code) | 25. Period of bill - treatment dates 09/21/21 - 09/21/21 | 29. Date final verification received NONE RECEIVED |
|---|---|---|
| DAVID WEISSBERG<br><br>379 OAKWOOD RD STE C<br>HUNTINGTON STATION NY 11746-7203 | 26. Date of bill 09/27/21 | 30. Amount of bill $ 966.59 |
| 24. Type of service rendered | 27. Date bill received by insurer 09/27/21 | 31. Amount paid by insurer $ 0.00 |
| | 28. Date final verification requested 2021-11-24 | 32. Amount in dispute $ 966.59 |

33. State reason for denial, fully and explicitly (attach extra sheets if needed): See attached Explanation of Benefits.

| 09/12/22 | Cynthia W. Wilcox | 516-357-0476 |
|---|---|---|
| Date | Name and Title of Representative of Insurer | Telephone Number & Ext. |

Name and address of Insurer claim processor (Third Party Administrator), if applicable:

Telephone Number & Ext.

220912000453R0317 0001560
0010 0616

Case 2:23-cv-00575-KAM-ARL    Document 1-2    Filed 01/26/23    Page 22 of 36 PageID #: 29

## DENIAL OF CLAIM FORM - PAGE THREE

**3. You may bring a lawsuit to recover the amount of benefits you claim to be entitled to.**

THE UNDERSIGNED AFFIRMS AND CERTIFIES AS TRUE UNDER THE PENALTY OF PERJURY THAT THIS FILING IS BEING MADE IN GOOD FAITH AND THAT UPON INFORMATION, BELIEF AND REASONABLE INQUIRY THE DOCUMENTS BEING SUBMITTED HEREWITH ARE NOT FRAUDLENT AND THAT EXACT COPIES OF ALL DOCUMENTS PROVIDED HEREWITH HAVE BEEN MAILED TO THE INSURER AGAINST WHOM THE ARBITRATION IS BEING REQUESTED. UNLESS DISCLOSED WITH THIS SUBMISSION, THE DISPUTED AMOUNTS REMAIN UNPAID TO THE APPLICANT BY ANY PAYOR AND THERE HAS BEEN NO OTHER FILING OF AN ARBITRATION REQUEST OR LAWSUIT TO RESOLVE THE DISPUTED MATTERS CONTAINED IN THIS SUBMISSION.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN A CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION

| ARBITRATION REQUESTED BY: | |
|---|---|
| LAST NAME              FIRST NAME | NAME OF LAW FIRM, IF ANY |
| TELEPHONE NUMBER: | |
| FAX NUMBER: | |
| E-MAIL ADDRESS: | |
| | ADDRESS |
| SIGNATURE | ARE YOU AN ATTORNEY?  ☐ YES   ☐ NO | DATE |

### IMPORTANT NOTICE TO APPLICANT

If box number 3 ("Policy not in force on date of accident") on the front of this form is checked as a reason for this denial, you may be entitled to No-Fault benefits from the Motor Vehicle Accident Indemnification Corporation (M.V.A.I.C.) (646-205-7800) located at 100 William Street, New York, New York 10038. The Insurance Law requires that you must file an Affidavit of Intention to Make Claim with M.V.A.I.C. Therefore, it is in your best interest to contact the M.V.A.I.C. immediately and file such an affidavit, even if you intend to contest this denial.

NYS FORM NF-10 (Rev 5/2021)
Page 3 of 3



220912000459R0317 0001581
0011 0616

Case 2:23-cv-00575-KAM-ARL    Document 1-2    Filed 01/26/23    Page 23 of 36 PageID #: 30

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

PO BOX 2874
CLINTON IA 52733-2874

 **Allstate.**
You're in good hands.

**EXPLANATION OF MEDICAL BILL PAYMENT**

Service Provided For: ████████████████████

| | |
|---|---|
| Date: | 09/12/2022 |
| Bill Received Date: | 09/27/2021 |
| Claim #: | 0566861787-01 |
| File Handler: | SCW |
| Invoice #: | 0000050251 |
| Injured Person: | ████████████ |
| Treatment Rendered By: | DAVID WEISSBERG |
| Provider Specialty: | |
| TIN: | ██████████ |
| NPI: | |
| CMS ID: | |

**Diagnosis Codes/Present on Admission Indicator**
M24.811   Other specific joint derangements of   M24.111   Other articular cartilage disorders,
M25.411   Effusion, right shoulder

| Date Of Service(s) From | Thru | Procedure/Revenue/NDC Code/Modifier | Description | Units | Billed Amount | Covered Amount | Reason Code(s) |
|---|---|---|---|---|---|---|---|
| 09/21/21 | 09/21/21 | 73221 | Magnetic resonance (eg, | 1.00 | $ 966.59 | $ 0.00 | X999 |
| Total: | | | | | $ 966.59 | $ 0.00 | |

Eligible Amount Based on 100% of Covered Amount   $   0.00

Deductible applied to date $   200.00 from deductible limit of $   200.00

**Reason Code(s):**
  X999 See Detailed Explanation

**Additional Information:**
This claim is denied because the applicant engaged in improper referral arrangements in violation of New York Public Health Law Sections 238-a and 238-d.

If you have any questions about this claim, please contact your file handler,
CYNTHIA W. WILCOX at (516) 357-0476

Copy(s) of this Explanation of Benefits has been sent to:
CANNON and ACOSTA LAW OFFICE, 1923 NEW YORK AVE HUNTINGTON STATION, NY, 11746-2908
████████████  ████████  ████████
DAVID WEISSBERG, 379 OAKWOOD RD STE C HUNTINGTON STATION, NY, 11746-7203

*** FRAUD PREVENTION - NEW YORK WARNING ***
ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES
AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL
INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF
MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION
WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR
CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF
ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE
COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A
CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR
STATED CLAIM FOR EACH VIOLATION.



220912000459R0317 0001582
0012 0816

# NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
## DENIAL OF CLAIM FORM

**TO INSURER:** Complete this form, including item 33. Send two copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

| Name, Address and NAIC Number of Insurer or Name and Address of Self-Insurer | For American Arbitration Association use |
|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY<br><br>PO Box 2874<br>Clinton IA 52733<br>NAIC NUMBER: 29688 | |

| A. POLICYHOLDER | B. POLICY NUMBER | C. DATE OF ACCIDENT | D. INJURED PERSON |
|---|---|---|---|
| ▮▮▮ | ▮▮▮ | 11/02/19 | ▮▮▮ |

| E. CLAIM NUMBER | F. APPLICANT FOR BENEFITS (Name and Address) | G. AS ASSIGNEE |
|---|---|---|
| 0566861787 SCW | DAVID WEISSBERG<br>379 OAKWOOD RD STE C<br>HUNTINGTON STATION NY 11746-7203 | Yes [X]<br><br>No [ ] |

**TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL**

YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:

[ ] 1. Your entire claim is denied as follows:

[X] 2. A portion of your claim is denied as follows:

| | | |
|---|---|---|
| [ ] A. Loss of Earnings | $ _____ | [ ] D. Interest | $ _____ |
| [X] B. Health Service Benefits | $ 966.59 | [ ] E. Attorney's Fee | $ _____ |
| [ ] C. Other Necessary Expenses | $ _____ | [ ] F. Death Benefit | $ _____ |

### REASON(S) FOR DENIAL OF CLAIM (Check reasons and explain below in item 33)
#### POLICY ISSUES

[ ] 3. Policy not in force on date of accident

[ ] 4. Injured person excluded under policy conditions or exclusion

[ ] 5. Policy conditions violated
    [ ] a. No reasonable justification given for late notice of claim
    [ ] b. Reasonable justification not established.
    **You may qualify for expedited arbitration.**
    See page 2 of this form for instructions.

[ ] 6. Injured person is not an "Eligible Injured Person"

[ ] 7. Injuries did not arise out of use or operation of a motor vehicle

[ ] 8. Claim not within the scope of your election under Optional Basic Economic Loss coverage

#### LOSS OF EARNINGS BENEFITS DENIED

[ ] 9. Period of disability contested: period in dispute
From _____ Through _____

[ ] 11. Exaggerated earnings claim of $ _____ per month denied

[ ] 12. Statutory offset taken.

[ ] 13. Other, explained below

[ ] 10. Claimed loss not proven

#### OTHER REASONABLE AND NECESSARY EXPENSES DENIED

[ ] 14. Amount of claim exceeds daily limit of coverage

[ ] 15. Unreasonable or unnecessary expenses

[ ] 16. Incurred after one year from date of accident

[ ] 17. Other, explained below:

#### HEALTH SERVICE BENEFITS DENIED

[ ] 18. Fees not in accordance with fee schedules

[ ] 19. Excessive treatment, service or hospitalization
From _____ Through _____

[ ] 20. Treatment not related to accident

[ ] 21. Unnecessary treatment, service or hospitalization
From _____ Through _____

[X] 22. Other, explained below:

### COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED

| 23. Provider of Health Service (Name, Address and Zip Code)<br><br>DAVID WEISSBERG<br><br>379 OAKWOOD RD STE C<br>HUNTINGTON STATION NY 11746-7203 | 25. Period of bill - treatment dates<br>09/21/21 - 09/21/21 | 29. Date final verification received<br>NONE RECEIVED |
|---|---|---|
| | 26. Date of bill<br>09/27/21 | 30. Amount of bill<br>$ 966.59 |
| | 27. Date bill received by insurer<br>09/27/21 | 31. Amount paid by Insurer<br>$ 0.00 |
| 24. Type of service rendered | 28. Date final verification requested<br>2021-11-24 | 32. Amount in dispute<br>$ 966.59 |

33. State reason for denial, fully and explicitly (attach extra sheets if needed): See attached Explanation of Benefits.

| 09/12/22 | Cynthia W. Wilcox | 516-357-0476 |
|---|---|---|
| Date | Name and Title of Representative of Insurer | Telephone Number & Ext. |

Name and address of Insurer claim processor (Third Party Administrator), if applicable: _____     Telephone Number & Ext.

C7123NY-3 **NYS FORM NF-10 (Rev 5/2021)**
Page 1 of 3

Continued on reverse side

220912000459R0317 0001583
0013 0616

Case 2:23-cv-00575-KAM-ARL    Document 1-2    Filed 01/26/23    Page 25 of 36 PageID #: 32

## DENIAL OF CLAIM FORM - PAGE THREE

3. <u>You may bring a lawsuit to recover the amount of benefits you claim to be entitled to.</u>

THE UNDERSIGNED AFFIRMS AND CERTIFIES AS TRUE UNDER THE PENALTY OF PERJURY THAT THIS FILING IS BEING MADE IN GOOD FAITH AND THAT UPON INFORMATION, BELIEF AND REASONABLE INQUIRY THE DOCUMENTS BEING SUBMITTED HEREWITH ARE NOT FRAUDLENT AND THAT EXACT COPIES OF ALL DOCUMENTS PROVIDED HEREWITH HAVE BEEN MAILED TO THE INSURER AGAINST WHOM THE ARBITRATION IS BEING REQUESTED. UNLESS DISCLOSED WITH THIS SUBMISSION, THE DISPUTED AMOUNTS REMAIN UNPAID TO THE APPLICANT BY ANY PAYOR AND THERE HAS BEEN NO OTHER FILING OF AN ARBITRATION REQUEST OR LAWSUIT TO RESOLVE THE DISPUTED MATTERS CONTAINED IN THIS SUBMISSION.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN A CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION

| ARBITRATION REQUESTED BY: | | NAME OF LAW FIRM, IF ANY |
|---|---|---|
| LAST NAME          FIRST NAME | | |
| TELEPHONE NUMBER: | | |
| FAX NUMBER: | | |
| E-MAIL ADDRESS: | | ADDRESS |
| SIGNATURE | ARE YOU AN ATTORNEY?  ☐ YES   ☐ NO | DATE |

### IMPORTANT NOTICE TO APPLICANT

If box number 3 ("Policy not in force on date of accident") on the front of this form is checked as a reason for this denial, you may be entitled to No-Fault benefits from the Motor Vehicle Accident Indemnification Corporation (M.V.A.I.C.) (646-205-7800) located at 100 William Street, New York, New York 10038. The Insurance Law requires that you must file an Affidavit of Intention to Make Claim with M.V.A.I.C. Therefore, it is in your best interest to contact the M.V.A.I.C. immediately and file such an affidavit, even if you intend to contest this denial.

NYS FORM NF-10 (Rev 5/2021)
Page 3 of 3

220912000459R0317 0001584
0014 0616

Case 2:23-cv-00575-KAM-ARL Document 1-2 Filed 01/26/23 Page 26 of 36 PageID #: 33

*ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY*

*PO BOX 2874*
*CLINTON IA 52733-2874*



**Allstate.**
You're in good hands.

վիիվիիւդիկ||իվ||ըսիւիթյ||իս|ինիվիկիսւդիսդՈ||

DAVID WEISSBERG
379 OAKWOOD RD STE C
HUNTINGTON STATION NY  11746-7203

09/12/2022

OFFICE PHONE: 516-357-0476
OFFICE HOURS: MONDAY-FRIDAY 8:00-5:30

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY
RE: Claim Number:    0581249737
    Policyholder:    ███████████████
    Date of Loss:    03/02/2020
    Patient:         ████████████

I recently received your request for reimbursement for treatment following the accident that occurred on the date shown above.

I have reviewed the bill to make sure it is payable according to the provisions of the policy under which the claim was made and applicable regulatory requirements. Based on a review of the information submitted, I am unable to make payment at this time. I have enclosed an Explanation of Benefits outlining the reasons for non-payment.

If you have any questions or concerns about this matter, please contact me at (516) 357-0476.

*Cynthia W. Wilcox*

Cynthia W. Wilcox
Allstate Property Casualty Claim Service Organization

MCM



220912000459R0317 0001585
0015 0616

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

PO BOX 2874
CLINTON IA 52733-2874


**Allstate.**
You're in good hands.

### EXPLANATION OF MEDICAL BILL PAYMENT

**Service Provided For:**

▉▉▉▉▉▉▉▉▉▉▉

| | |
|---|---|
| **Date:** | 09/12/2022 |
| **Bill Received Date:** | 08/18/2020 |
| **Claim #:** | 0581249737-03 |
| **File Handler:** | SCW |
| **Invoice #:** | 0000051477 |
| **Injured Person:** | ▉▉▉▉▉ |
| **Treatment Rendered By:** | DAVID WEISSBERG |
| **Provider Specialty:** | |
| **TIN:** | ▉▉▉ |
| **NPI:** | ▉▉▉ |
| **CMS ID:** | |

**Diagnosis Codes/Present on Admission Indicator**

| | | | |
|---|---|---|---|
| S83.231A | Complex tear of medial meniscus, cur | S83.281A | Other tear of lateral meniscus, curr |
| M22.41 | Chondromalacia patellae, right knee | M22.3X1 | Other derangements of patella, right |
| M12.261 | Villonodular synovitis (pigmented), | | |

| Date Of Service(s) From | Thru | Procedure/Revenue/NDC Code/Modifier | Description | Units | Billed Amount | Covered Amount | Reason Code(s) |
|---|---|---|---|---|---|---|---|
| 08/03/20 | 08/03/20 | 29880 | Arthroscopy, knee, surgi | 1.00 | $ 2718.44 | $ 0.00 | X999 |
| 08/03/20 | 08/03/20 | 29875-59 | Arthroscopy, knee, surgi | 1.00 | $ 1892.07 | $ 0.00 | X999 |
| 08/03/20 | 08/03/20 | 29877 | Arthroscopy, knee, surgi | 1.00 | $ 1791.30 | $ 0.00 | X999 |
| Total: | | | | | $ 6401.81 | $ 0.00 | |

Eligible Amount Based on 100% of Covered Amount    $       0.00

**Reason Code(s):**
  X999 See Detailed Explanation

**Modifier Code(s):**
59  Distinct Procedural Service

**Additional Information:**
This claim is denied because the applicant engaged in improper referral arrangements in violation of New York Public Health Law Sections 238-a and 238-d.

If you have any questions about this claim, please contact your file handler, CYNTHIA W. WILCOX at (516) 357-0476

**Copy(s) of this Explanation of Benefits has been sent to:**
HARMON AND LINDER LAW OFFICES, 3 PARK AVE 23RD FL STE 2300 NEW YORK, NY, 10016

DAVID WEISSBERG, 379 OAKWOOD RD STE C HUNTINGTON STATION, NY, 11746-7203

**\*\*\* FRAUD PREVENTION - NEW YORK WARNING \*\*\***
ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR

(over)



220912000459R0317 0001586
0016 0616

## NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
## DENIAL OF CLAIM FORM

**TO INSURER:** Complete this form, including item 33. Send two copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

| Name, Address and NAIC Number of Insurer or Name and Address of Self-Insurer | |
|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY<br><br>PO Box 2874<br>Clinton IA 52733<br>NAIC NUMBER: 29688 | For American Arbitration Association use |

| A. POLICYHOLDER | B. POLICY NUMBER | C. DATE OF ACCIDENT | D. INJURED PERSON |
|---|---|---|---|
| ■■■■■■ | ■■■■■ | 03/02/20 | ■■■■■■■■■ |

| E. CLAIM NUMBER | F. APPLICANT FOR BENEFITS (Name and Address) | G. AS ASSIGNEE |
|---|---|---|
| 0581249737 SCW | DAVID WEISSBERG<br>379 OAKWOOD RD STE C<br>HUNTINGTON STATION NY 11746-7203 | Yes [X]<br><br>No [ ] |

### TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL

**YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:**

[ ] 1. Your entire claim is denied as follows:

[X] 2. A portion of your claim is denied as follows:

| | | | | | |
|---|---|---|---|---|---|
| [ ] A. Loss of Earnings | $ _____ | | [ ] D. Interest | $ _____ |
| [X] B. Health Service Benefits | $ 6,401.81 | | [ ] E. Attorney's Fee | $ _____ |
| [ ] C. Other Necessary Expenses | $ _____ | | [ ] F. Death Benefit | $ _____ |

### REASON(S) FOR DENIAL OF CLAIM (Check reasons and explain below in Item 33)
### POLICY ISSUES

[ ] 3. Policy not in force on date of accident

[ ] 4. Injured person excluded under policy conditions or exclusion

[ ] 5. Policy conditions violated

[ ]    a. No reasonable justification given for late notice of claim

[ ]    b. Reasonable justification not established.
    You may qualify for expedited arbitration. See page 2 of this form for instructions.

[ ] 6. Injured person is not an "Eligible Injured Person"

[ ] 7. Injuries did not arise out of use or operation of a motor vehicle

[ ] 8. Claim not within the scope of your election under Optional Basic Economic Loss coverage

### LOSS OF EARNINGS BENEFITS DENIED

[ ] 9. Period of disability contested: period in dispute
From _____ Through _____

[ ] 10. Claimed loss not proven

[ ] 11. Exaggerated earnings claim of $ _____ per month denied

[ ] 12. Statutory offset taken.

[ ] 13. Other, explained below

### OTHER REASONABLE AND NECESSARY EXPENSES DENIED

[ ] 14. Amount of claim exceeds daily limit of coverage

[ ] 15. Unreasonable or unnecessary expenses

[ ] 16. Incurred after one year from date of accident

[ ] 17. Other, explained below:

### HEALTH SERVICE BENEFITS DENIED

[ ] 18. Fees not in accordance with fee schedules

[ ] 19. Excessive treatment, service or hospitalization
From _____ Through _____

[ ] 20. Treatment not related to accident

[ ] 21. Unnecessary treatment, service or hospitalization
From _____ Through _____

[X] 22. Other, explained below:

### COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED

| 23. Provider of Health Service (Name, Address and Zip Code)<br><br>DAVID WEISSBERG<br><br>379 OAKWOOD RD STE C<br>HUNTINGTON STATION NY 11746-7203 | 25. Period of bill - treatment dates<br>08/03/20 - 08/03/20 | 29. Date final verification received<br>NONE REQUESTED |
|---|---|---|
| | 26. Date of bill<br>08/08/20 | 30. Amount of bill<br>$ 6,401.81 |
| | 27. Date bill received by insurer<br>08/18/20 | 31. Amount paid by insurer<br>$ 0.00 |
| 24. Type of service rendered | 28. Date final verification requested<br>NONE REQUESTED | 32. Amount in dispute<br>$ 6,401.81 |

33. State reason for denial, fully and explicitly (attach extra sheets if needed): See attached Explanation of Benefits.

| 09/12/22 | Cynthia W. Wilcox | 516-357-0476 |
|---|---|---|
| Date | Name and Title of Representative of Insurer | Telephone Number & Ext. |

Name and address of Insurer claim processor (Third Party Administrator), if applicable: _____

Telephone Number & Ext.

C7123NY-3 **NYS FORM NF-10 (Rev 5/2021)**
Page 1 of 3

Continued on reverse side

220912000459R0317 0001587
0017 0616

**FILED: SUFFOLK COUNTY CLERK 12/22/2022 02:58 PM**
INDEX NO. 208600/2022

NYSCEF DOC. NO. 2

Case 2:23-cv-00575-KAM-ARL   Document 1-2   Filed 01/26/23   Page 29 of 36 PageID
#: 36

RECEIVED NYSCEF: 12/22/2022

## DENIAL OF CLAIM FORM - PAGE THREE

**3. You may bring a lawsuit to recover the amount of benefits you claim to be entitled to.**

THE UNDERSIGNED AFFIRMS AND CERTIFIES AS TRUE UNDER THE PENALTY OF PERJURY THAT THIS FILING IS BEING MADE IN GOOD FAITH AND THAT UPON INFORMATION, BELIEF AND REASONABLE INQUIRY THE DOCUMENTS BEING SUBMITTED HEREWITH ARE NOT FRAUDULENT AND THAT EXACT COPIES OF ALL DOCUMENTS PROVIDED HEREWITH HAVE BEEN MAILED TO THE INSURER AGAINST WHOM THE ARBITRATION IS BEING REQUESTED. UNLESS DISCLOSED WITH THIS SUBMISSION, THE DISPUTED AMOUNTS REMAIN UNPAID TO THE APPLICANT BY ANY PAYOR AND THERE HAS BEEN NO OTHER FILING OF AN ARBITRATION REQUEST OR LAWSUIT TO RESOLVE THE DISPUTED MATTERS CONTAINED IN THIS SUBMISSION.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN A CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION

ARBITRATION REQUESTED BY:

LAST NAME          FIRST NAME

NAME OF LAW FIRM, IF ANY

TELEPHONE NUMBER:

FAX NUMBER:

E-MAIL ADDRESS:

ADDRESS

SIGNATURE

ARE YOU AN ATTORNEY?   ☐ YES   ☐ NO

DATE

IMPORTANT NOTICE TO APPLICANT

If box number 3 ("Policy not in force on date of accident") on the front of this form is checked as a reason for this denial, you may be entitled to No-Fault benefits from the Motor Vehicle Accident Indemnification Corporation (M.V.A.I.C.) (646-205-7800) located at 100 William Street, New York, New York 10038. The Insurance Law requires that you must file an Affidavit of Intention to Make Claim with M.V.A.I.C. Therefore, it is in your best interest to contact the M.V.A.I.C. immediately and file such an affidavit, even if you intend to contest this denial.



220912000459R0317 0001588
0018 0618

FILED: SUFFOLK COUNTY CLERK 12/22/2022 02:58 PM INDEX NO. 208600/2022

NYSCEF DOC. NO. 2    Case 2:23-cv-00575-KAM-ARL    Document 1-2    Filed 01/26/23    Page 30 of 36 PageID    RECEIVED NYSCEF: 12/22/2022
#: 37

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

PO BOX 2874
CLINTON IA 52733-2874

 **Allstate.**
You're in good hands.

## EXPLANATION OF MEDICAL BILL PAYMENT

**Date:** 09/12/2022
**Bill Received Date:** 08/18/2020
**Claim #:** 0581249737-03
**File Handler:** SCW
**Invoice #:** 0000051477
**Injured Person:**
**Treatment Rendered By:** DAVID WEISSBERG
**Provider Specialty:**
**TIN:**
**NPI:**
**CMS ID:**

**Service Provided For:**

### Diagnosis Codes/Present on Admission Indicator

| | | | |
|---|---|---|---|
| S83.231A | Complex tear of medial meniscus, cur | S83.281A | Other tear of lateral meniscus, curr |
| M22.41 | Chondromalacia patellae, right knee | M22.3X1 | Other derangements of patella, right |
| M12.261 | Villonodular synovitis (pigmented), | | |

| Date Of Service(s) From | Thru | Procedure/Revenue/NDC Code/Modifier | Description | Units | Billed Amount | Covered Amount | Reason Code(s) |
|---|---|---|---|---|---|---|---|
| 08/03/20 | 08/03/20 | 29880 | Arthroscopy, knee, surgi | 1.00 | $ 2718.44 | $ 0.00 | X999 |
| 08/03/20 | 08/03/20 | 29875-59 | Arthroscopy, knee, surgi | 1.00 | $ 1892.07 | $ 0.00 | X999 |
| 08/03/20 | 08/03/20 | 29877 | Arthroscopy, knee, surgi | 1.00 | $ 1791.30 | $ 0.00 | X999 |
| Total: | | | | | $ 6401.81 | $ 0.00 | |

Eligible Amount Based on 100% of Covered Amount    $    0.00

**Reason Code(s):**
X999 See Detailed Explanation

**Modifier Code(s):**
59 Distinct Procedural Service

**Additional Information:**
This claim is denied because the applicant engaged in improper referral arrangements in violation of New York Public Health Law Sections 238-a and 238-d.

If you have any questions about this claim, please contact your file handler, CYNTHIA W. WILCOX at (516) 357-0476

Copy(s) of this Explanation of Benefits has been sent to:
HARMON AND LINDER LAW OFFICES, 3 PARK AVE 23RD FL STE 2300 NEW YORK, NY, 10016
DAVID WEISSBERG, 379 OAKWOOD RD STE C HUNTINGTON STATION, NY, 11746-7203

**\*\*\* FRAUD PREVENTION - NEW YORK WARNING \*\*\***
ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR

(over)


220912000459R0317 0001589
0019 0616

## NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
## DENIAL OF CLAIM FORM

TO INSURER: Complete this form, including item 33. Send two copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

| Name, Address and NAIC Number of Insurer or Name and Address of Self-Insurer | |
|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY<br><br>PO Box 2874<br>Clinton IA 52733<br>NAIC NUMBER: 29688 | For American Arbitration Association use |

| A. POLICYHOLDER | B. POLICY NUMBER | C. DATE OF ACCIDENT<br>03/02/20 | D. INJURED PERSON |
|---|---|---|---|
| ███████ | ███████ | | ███████ |

| E. CLAIM NUMBER | F. APPLICANT FOR BENEFITS (Name and Address) | G. AS ASSIGNEE |
|---|---|---|
| 0581249737 SCW | DAVID WEISSBERG<br>379 OAKWOOD RD STE C<br>HUNTINGTON STATION NY 11746-7203 | Yes [X]<br><br>No [ ] |

**TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL**

YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:

[ ] 1. Your entire claim is denied as follows:

[X] 2. A portion of your claim is denied as follows:

[ ] A. Loss of Earnings    $ _____      [ ] D. Interest    $ _____

[X] B. Health Service Benefits    $ 6,401.81      [ ] E. Attorney's Fee    $ _____

[ ] C. Other Necessary Expenses    $ _____      [ ] F. Death Benefit    $ _____

### REASON(S) FOR DENIAL OF CLAIM (Check reasons and explain below in item 33)
### POLICY ISSUES

[ ] 3. Policy not in force on date of accident

[ ] 4. Injured person excluded under policy conditions or exclusion

[ ] 5. Policy conditions violated
   [ ] a. No reasonable justification given for late notice of claim
   [ ] b. Reasonable justification not established.
      You may qualify for expedited arbitration.
      See page 2 of this form for instructions.

[ ] 6. Injured person is not an "Eligible Injured Person"

[ ] 7. Injuries did not arise out of use or operation of a motor vehicle

[ ] 8. Claim not within the scope of your election under Optional Basic Economic Loss coverage

### LOSS OF EARNINGS BENEFITS DENIED

[ ] 9. Period of disability contested: period in dispute
   From _____ Through _____

[ ] 10. Claimed loss not proven

[ ] 11. Exaggerated earnings claim of $ _____ per month denied

[ ] 12. Statutory offset taken.

[ ] 13. Other, explained below

### OTHER REASONABLE AND NECESSARY EXPENSES DENIED

[ ] 14. Amount of claim exceeds daily limit of coverage

[ ] 15. Unreasonable or unnecessary expenses

[ ] 16. Incurred after one year from date of accident

[ ] 17. Other, explained below:

### HEALTH SERVICE BENEFITS DENIED

[ ] 18. Fees not in accordance with fee schedules

[ ] 19. Excessive treatment, service or hospitalization
   From _____ Through _____

[ ] 20. Treatment not related to accident

[ ] 21. Unnecessary treatment, service or hospitalization
   From _____ Through _____

[X] 22. Other, explained below:

### COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED

| 23. Provider of Health Service (Name, Address and Zip Code)<br><br>DAVID WEISSBERG<br><br>379 OAKWOOD RD STE C<br>HUNTINGTON STATION NY 11746-7203 | 25. Period of bill - treatment dates<br>08/03/20 - 08/03/20 | 29. Date final verification received<br>NONE REQUESTED |
|---|---|---|
| | 26. Date of bill<br>08/08/20 | 30. Amount of bill<br>$ 6,401.81 |
| | 27. Date bill received by insurer<br>08/18/20 | 31. Amount paid by insurer<br>$ 0.00 |
| 24. Type of service rendered | 28. Date final verification requested<br>NONE REQUESTED | 32. Amount in dispute<br>$ 6,401.81 |

33. State reason for denial, fully and explicitly (attach extra sheets if needed): See attached Explanation of Benefits.

| 09/12/22 | Cynthia W. Wilcox | 516-357-0476 |
|---|---|---|
| Date | Name and Title of Representative of Insurer | Telephone Number & Ext. |

Name and address of Insurer claim processor (Third Party Administrator), if applicable:      Telephone Number & Ext.

C7123NY-3 **NYS FORM NF-10 (Rev 5/2021)**     Continued on reverse side     220912000459R0317 0001590
Page 1 of 3       0020 0616

Case 2:23-cv-00575-KAM-ARL    Document 1-2    Filed 01/26/23    Page 32 of 36 PageID #: 39

## DENIAL OF CLAIM FORM - PAGE THREE

**3. <u>You may bring a lawsuit to recover the amount of benefits you claim to be entitled to.</u>**

THE UNDERSIGNED AFFIRMS AND CERTIFIES AS TRUE UNDER THE PENALTY OF PERJURY THAT THIS FILING IS BEING MADE IN GOOD FAITH AND THAT UPON INFORMATION, BELIEF AND REASONABLE INQUIRY THE DOCUMENTS BEING SUBMITTED HEREWITH ARE NOT FRAUDLENT AND THAT EXACT COPIES OF ALL DOCUMENTS PROVIDED HEREWITH HAVE BEEN MAILED TO THE INSURER AGAINST WHOM THE ARBITRATION IS BEING REQUESTED. UNLESS DISCLOSED WITH THIS SUBMISSION, THE DISPUTED AMOUNTS REMAIN UNPAID TO THE APPLICANT BY ANY PAYOR AND THERE HAS BEEN NO OTHER FILING OF AN ARBITRATION REQUEST OR LAWSUIT TO RESOLVE THE DISPUTED MATTERS CONTAINED IN THIS SUBMISSION.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN A CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION

| ARBITRATION REQUESTED BY: | NAME OF LAW FIRM, IF ANY |
|---|---|
| LAST NAME          FIRST NAME | |
| TELEPHONE NUMBER: | |
| FAX NUMBER: | |
| E-MAIL ADDRESS: | |
| | ADDRESS |
| SIGNATURE | ARE YOU AN ATTORNEY?  ☐ YES   ☐ NO | DATE |

### IMPORTANT NOTICE TO APPLICANT

If box number 3 ("Policy not in force on date of accident") on the front of this form is checked as a reason for this denial, you may be entitled to No-Fault benefits from the Motor Vehicle Accident Indemnification Corporation (M.V.A.I.C.) (646-205-7800) located at 100 William Street, New York, New York 10038. The Insurance Law requires that you must file an Affidavit of Intention to Make Claim with M.V.A.I.C. Therefore, it is in your best interest to contact the M.V.A.I.C. immediately and file such an affidavit, even if you intend to contest this denial.



220912000459R0317 0001591
0021 0616

Case 2:23-cv-00575-KAM-ARL Document 1-2 Filed 01/26/23 Page 33 of 36 PageID #: 40

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF SUFFOLK**
Attorney: Harfenist Kraut & Perlstein LLP
Address: 3000 Marcus Avenue Lake Success, NY 11042

Job #: 1467973

DAVID J. WEISSBERG M.D.,
DAVID J. WEISSBERG M.D. P.C. d/b/a LONG ISLAND ORTHOEPDIC SOLOUTIONS,

vs

ALLSTATE INSURANCE COMPANY, et al.,

*Plaintiff*

*Defendant*

Index Number: 208600/2022
Client's File No.:
Court Date:
Court Time:

Date Filed: 12/22/2022

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **1/19/2023**, at **9:17 AM** at: **28 LIBERTY STREET, NEW YORK, NY 10005** Deponent served the within **Summons, Verified Complaint with Exhibit and Notice of Electronic Filing (Mandatory Case) - Form EFM -1**

On: **ALLSTATE INSURANCE COMPANY c/o CT CORPORATION SYSTEM** , therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Osmara Martinez personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Intake Specialist thereof, authorized to accept on behalf.

☒ **#2 DESCRIPTION**
Sex: Female      Color of skin: White      Color of hair: Black      Glasses: No
Age: 18 - 25 Yrs.      Height: 5ft 0inch - 5ft 3inch      Weight: 100-130 Lbs.      Other Features:

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☒ **#4 OTHER**
Service was effected via hand delivery. Job No. 237327.

Sworn to before me on 01/20/2023

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2023

Baldeo C. Drepaul
DCA License# 2093579

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542*

1 of 1

Case 2:23-cv-00575-KAM-ARL    Document 1-2    Filed 01/26/23    Page 34 of 36 PageID
#: 41
Job #: 1467976

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

Attorney: Harfenist Kraut & Perlstein LLP
Address: 3000 Marcus Avenue Lake Success, NY 11042

DAVID J. WEISSBERG M.D.,
DAVID J. WEISSBERG M.D. P.C. d/b/a LONG ISLAND ORTHOEPDIC SOLOUTIONS,

VS

ALLSTATE INSURANCE COMPANY, et al.,

*Plaintiff*

*Defendant*

Index Number: 208600/2022
Client's File No.:
Court Date:
Court Time:

Date Filed: 12/22/2022

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **1/19/2023**, at **9:17 AM** at: **28 LIBERTY STREET, NEW YORK, NY 10005** Deponent served the within **Summons, Verified Complaint with Exhibit and Notice of Electronic Filing (Mandatory Case) - Form EFM -1**

On: **ALLSTATE INDEMNITY COMPANY C/O CT CORPORATION SYSTEM**, therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Osmara Martinez personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Intake Specialist thereof, authorized to accept on behalf.

☒ **#2 DESCRIPTION**
Sex: Female        Color of skin: White        Color of hair: Black        Glasses: No
Age: 18 - 25 Yrs.    Height: 5ft 0inch - 5ft 3inch        Weight: 100-130 Lbs.        Other Features:

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☒ **#4 OTHER**
Service was effected via hand delivery. Job No. 237327.

Sworn to before me on 01/20/2023

_____
LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2023

_____
Baldeo C. Drepaul
DCA License# 2093579

Case 2:23-cv-00575-KAM-ARL Document 1-2 Filed 01/26/23 Page 35 of 36 PageID #: 42

Job #: 1467977

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF SUFFOLK**
Attorney: Harfenist Kraut & Perlstein LLP
Address: 3000 Marcus Avenue Lake Success, NY 11042

DAVID J. WEISSBERG M.D.,
DAVID J. WEISSBERG M.D. P.C. d/b/a LONG ISLAND ORTHOEPDIC SOLOUTIONS,

*Plaintiff*

VS

ALLSTATE INSURANCE COMPANY, et al.,

*Defendant*

| | |
|---|---|
| Index Number: 208600/2022 | |
| Client's File No.: | |
| Court Date: | |
| Court Time: | |

Date Filed: 12/22/2022

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 1/19/2023, at 9:17 AM at: **28 LIBERTY STREET, NEW YORK, NY 10005** Deponent served the within **Summons, Verified Complaint with Exhibit and Notice of Electronic Filing (Mandatory Case) - Form EFM -1**

On: **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY C/O: CT CORPORATION SYSTEM** , therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Osmara Martinez personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Intake Specialist thereof, authorized to accept on behalf.

☒ **#2 DESCRIPTION**
Sex: Female    Color of skin: White    Color of hair: Black    Glasses: No
Age: 18 - 25 Yrs.    Height: 5ft 0inch - 5ft 3inch    Weight: 100-130 Lbs.    Other Features:

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☒ **#4 OTHER**
Service was effected via hand delivery. Job No. 237327.

Sworn to before me on 01/20/2023

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2023

Baldeo C. Drepaul
DCA License# 2093579

Case 2:23-cv-00575-KAM-ARL   Document 1-2   Filed 01/26/23   Page 36 of 36 PageID #: 43

Job #: 1467978

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
**Attorney:** Harfenist Kraut & Perlstein LLP
**Address:** 3000 Marcus Avenue Lake Success, NY 11042

DAVID J. WEISSBERG M.D.,
DAVID J. WEISSBERG M.D. P.C. d/b/a LONG ISLAND ORTHOEPDIC SOLOUTIONS,

*Plaintiff*

VS

ALLSTATE INSURANCE COMPANY, et al.,

*Defendant*

**Index Number:** 208600/2022
**Client's File No.:**
**Court Date:**
**Court Time:**

**Date Filed:** 12/22/2022

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 1/19/2023, at 9:17 AM at: **28 LIBERTY STREET, NEW YORK, NY 10005** Deponent served the within **Summons, Verified Complaint with Exhibit and Notice of Electronic Filing (Mandatory Case) - Form EFM -1**

On: **ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY C/O CT CORPORATION SYSTEM** , therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Osmara Martinez personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Intake Specialist thereof, authorized to accept on behalf.

☒ **#2 DESCRIPTION**
**Sex:** Female   **Color of skin:** White   **Color of hair:** Black   **Glasses:** No
**Age:** 18 - 25 Yrs.   **Height:** 5ft 0inch - 5ft 3inch   **Weight:** 100-130 Lbs.   **Other Features:**

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☒ **#4 OTHER**
Service was effected via hand delivery. Job No. 237327.

Sworn to before me on 01/20/2023

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2023

Baldeo C. Drepaul
DCA License# 2093579

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542

1 of 1